

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-19-00024-CV

_____

IN THE INTEREST OF A.W. AND M.W., CHILDREN

On Appeal from the 76th District Court
Titus County, Texas
Trial Court No. 40,040

Before Morriss, C.J., Burgess and Stevens, JJ.

ORDER

This is an accelerated appeal from an order terminating Mother's and Father's parental rights to A.W. and M.W. Monique A. McAllister, substitute court reporter in and for the 76th Judicial District Court of Titus County, reported the trial proceedings in this matter. Appellants recently filed a joint motion with this Court advising that the hearing on their motion for new trial had not been transcribed and filed as part of the record in this matter and asking that the briefing deadline previously set in this matter be withdrawn. The briefing schedule is hereby withdrawn. A new briefing schedule will be established when the complete reporter's record is filed.

McAllister, as the court reporter in this case, is responsible for ensuring that the record is timely transcribed and filed. Given the accelerated nature of this appeal, we hereby order McAllister to file the record of the hearing on the parties' joint motion for new trial with this Court within five days of the date of this order, or on or before May 13, 2019.

McAllister is admonished that, if the record of the new trial hearing is not filed on or before the close of business on May 13 2019, we may begin contempt proceedings against her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   May 6, 2019